# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED U.S. DISTRICT COURT
CLERK C. Robinson
SO. DIST. OF GA.

| | |
|---|---|
| ANDREA BOATRIGHT, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:19-cv-2 |
| v. | * |
| ANDREW SAUL, Commissioner of Social Security, | * |
| Defendant. | * |

### ORDER

The Court has conducted an independent and de novo review of the entire record and concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 18. No party filed Objections to the Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **REMANDS** this case to the Commissioner under sentence four of 42 U.S.C. § 405(g) and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this ___30___ day of ___March___, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)