AO 450 (GAS Rev 10/03) Judgment in a Civil Case

**FILED**
U.S. DISTRICT COURT
BRUNSWICK DIV.

# United States District Court
## Southern District of Georgia

2020 MAR 31 PM 12: 25

CLERK C. Roberson
SO. DIST. OF GA.

ANDREA BOATRIGHT,
Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV519-2

ANDREW SAUL, Commissioner of Social Security
Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 30th day of March 2020, adopting the Report and Recommendation of the Magistrate as the opinion of the Court. The Court remands this case to the Commissioner under sentence four of 42 U.S.C. § 405(g), judgment is hereby entered, and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date March 31, 2020

Scott L. Poff
Clerk

Candy Asbell
(By) Deputy Clerk

