FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 4:24 pm, Jul 08, 2020

In the United States District Court for the
Southern District of Georgia
Waycross Division

| Andrea **Boatright**, Plaintiff, vs. Andrew **Saul**, Commissioner of Social Security, Defendant. | Civil Action No. **5:19-cv-00002-LGW-BWC** |
|---|---|

## Proposed Order

Upon consideration of Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and Defendant's response, it is ORDERED that

1. Plaintiff is awarded attorney's fees in the amount of $7,919.13.

2. Any Payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel if Plaintiff owes a federal debt. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the government may accept Plaintiff's assignment of EAJA fees and pay them directly to Plaintiff's counsel.

This the ___8___ day of July 2020.

_____
Lisa Godbey Wood
United States District Judge